**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000716
21-SEP-2022
07:59 AM
Dkt. 89 OGMD**

NO. CAAP-20-0000716
(Consolidated with No. CAAP-21-0000401)

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

<u>**CAAP-20-0000716**</u>
BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO
BAC HOME LOANS SERVICING, LP, formerly known as
COUNTRYWIDE HOME LOANS SERVICING LP, Plaintiff-Appellee, v.
HARRY PAPADAKIS, NICKY PAPADAKIS, SPIRO ZOGRAFOS,
Defendants-Appellees, and DINO ZOGRAFOS, Defendant-Appellant,
and BANK OF AMERICA, N.A., HAWAII KAI MARINA COMMUNITY
ASSOCIATION, Defendants-Appellees, and
JOHN DOES 1-50, JANE DOES 1-50, DOE PARTNERSHIPS 1-50
DOE CORPORATIONS 1-50, DOE ENTITIES 1-50,
AND DOE GOVERNMENTAL UNITS 1-50, Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC13100634)

AND

<u>**CAAP-21-0000401**</u>
BANK OF AMERICA, N.A., Plaintiff-Appellee, v.
HARRY PAPADAKIS, NICKY PAPADAKIS, SPIRO ZOGRAFOS,
Defendants/Crossclaim Defendants-Appellees, and
DINO ZOGRAFOS, Defendant/Crossclaim Defendant/Crossclaim
Plaintiff-Appellant, and HAWAII KAI MARINA COMMUNITY ASSOCIATION,
Defendant/Crossclaim Plaintiff-Appellee, and
JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10,
DOE CORPORATIONS 1-10, DOE ENTITIES 1-10, AND
DOE GOVERNMENTAL UNITS 1-10, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC141000158)

<u>ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE</u>
(By: Wadsworth, Presiding Judge, Nakasone and Chan, JJ.)

Upon consideration of Defendant/Crossclaim Plaintiff/
Crossclaim Defendant-Appellant Dino Zografos's (Zografos)

September 1, 2022 Motion to Dismiss Appeals With Prejudice, the papers in support, the record, and there being no opposition, it appears that (1) Zografos seeks to dismiss this docketed, consolidated appeal with prejudice, with each party to bear their own attorneys' fees and costs; and (2) the requested relief is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the motion is granted and this consolidated appeal is dismissed with prejudice. Each party shall bear their own attorneys' fees and costs on appeal.

IT IS FURTHER ORDERED that all other pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, September 21, 2022.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge